NUMBER 13-04-360-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________

RICARDO JAIME VILLARREAL,                                           Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
_________________________________________________________

On appeal from the 28th District Court 
of Nueces County, Texas.
________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Memorandum Opinion Per Curiam

         Appellant, RICARDO JAIME VILLARREAL, attempted to perfect an appeal from
a judgment entered by the 28th District Court of Nueces County, Texas. Sentence in
this cause was imposed on January 9, 2004. No timely motion for new trial was filed.
The notice of appeal was due to be filed on February 8, 2004, but was not filed until
July 9, 2004. Said notice of appeal is untimely filed. 
         Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension
of time for filing notice of appeal if such notice is filed within fifteen days of the last
day allowed and within the same period a motion is filed in the court of appeals
reasonably explaining the need for such extension. Appellant failed to file his notice
of appeal and a motion requesting an extension of time within such period. 
         The Court, having considered the documents on file and appellant's failure to
timely perfect his appeal, is of the opinion that the appeal should be dismissed for
want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                                        PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 19th day of August, 2004.